IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FELICIA THOMAS )
) No. 3-12-1333
v. )
)
MEDIFAX-EDI, LLC d/b/a Emdeon )
Business Services, LLC )

O R D E R

Pursuant to the order entered August 16, 2013 (Docket Entry No. 15), counsel for the parties called the Court on October 24, 2013, at which time the following matters were addressed:

1. The parties have not progressed very far because they have not been able to agree upon a protective/confidentiality order so the defendant has not produced documents in response to the plaintiff's request for production of documents. Defendant's counsel advised that her main concern is to protect personnel information, particularly of non-parties, including health and medical information. Plaintiff's counsel did not disagree with the need for protection but wants a more "user friendly" procedure for addressing documents or portions of documents covered under a protective order, particularly in the context of depositions.

After discussion, defendant's counsel agreed to re-draft a proposed protective/confidentiality order to attempt to address some of the plaintiff's concerns. Defendant's counsel also agreed to produce documents that would not be impacted by the proposed protective order.

2. Counsel shall convene another telephone conference cal with the Court on **Friday, November 1, 2013, at 9:00 a.m.,** to be initiated by defendant's counsel, to address whether the parties have reached an agreement on a revised proposed protective order and to address the plaintiff's motion to amend (Docket Entry No. 16).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge