IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FELICIA THOMAS )
) No. 3-12-1333
v. )
)
MEDIFAX-EDI, LLC d/b/a Emdeon )
Business Services, LLC )

O R D E R

Pursuant to the order entered October 30, 2013 (Docket Entry No. 17), counsel for the parties called the Court on November 1, 2013, at which time they advised that they had agreed upon a confidentiality/protective order regarding discovery of documents and that they will file a joint motion for entry of that order as soon as possible. However, the parties are still trying to reach an agreement to address depositions in which information that the defendant seeks to protect may be disclosed. Agreement on this issue is made more difficult in light of two related, but not consolidated, pending cases.[1]

Counsel shall continue their discussions in that regard and shall convene another telephone conference call with the Court on **Friday, November 15, 2013, at 9:00 a.m.,** to address whether the parties have reached an agreement on how to handle information disclosed during depositions, and to address the plaintiff's motion to amend (Docket Entry No. 16).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] See Walker v. Medifax, 3-12-1334, and Hysmith v. Medifax, filed in state court.