IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FELICIA THOMAS | ) |
| | ) |
| v. | ) NO. 3-12-1333 |
| | ) JUDGE CAMPBELL |
| ENVOY LLC | ) |

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 27). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED.

The pretrial conference set for December 8, 2014, and the jury trial set for December 16, 2014, are canceled, and the Clerk is directed to close the file. Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE